PEOPLE v. FORTUNE. Appeal from Oakland, Frederick C. Ziem, J. Submitted Division 2 May 10, 1971, at Lansing. (Docket No. 9283.) Decided June 29, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Thomas G. Plunkett*, Prosecuting Attorney, and *Frank R. Knox*, Assistant Prosecuting Attorney, for the people.

*John D. O'Connell* (*Carl Ziemba*, of counsel), for defendant.

Before: DANHOF, P. J., and FITZGERALD and QUINN, JJ.

DANHOF, P. J. The defendant was convicted by a jury of armed robbery, MCLA § 750.529 (Stat Ann 1971 Cum Supp § 28.797). He appeals alleging numerous errors. Timely objections to the alleged errors were not made and therefore absent a miscarriage of justice the issues have not been preserved for appellate review, GCR

1963, 507.5. An examination of the record discloses no miscarriage of justice.

Affirmed.